NUMBER 13-01-411-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


IN THE INTEREST OF S.F.H., A MINOR CHILD

____________________________________________________________________


On appeal from the County Court at Law No. 5

of Nueces County, Texas.

____________________________________________________________________



O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, Dallas Helms , perfected an appeal from a judgment entered by the County Court at Law No. 5 of Nueces
County, Texas, in cause number 00-60814-5 . After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 31st day of August, 2001 .